■ JOHN L. CAYTON, Respondent, v CITY OF NEW YORK, Respondent and Third-Party Plaintiff-Respondent. SPEARIN, PRESTON & BURROWS, Third-Party Defendant-Appellant. [612 NYS2d 830] —Order, Supreme Court, New York County (Eugene Nardelli, J.), entered February 2, 1993, which denied third-party defendant's motion for summary judgment dismissing the third-party complaint, unanimously affirmed, without costs.

The IAS Court correctly held that the Longshore and Harbor Workers' Compensation Act does not apply since the third-party claim for contractual indemnification is based on State law *(Garvin v Alumax of S. C.,* 787 F2d 910, 917, *cert denied* 479 US 914). We need not decide whether the third-party claim could be maintained if the statute did apply. Concur—Carro, J. P., Rosenberger, Ross, Asch and Tom, JJ.